**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 106 DB 2023 (No. 63 RST 2023) |
| | : | |
| ANDREA BETHANY KORB | : | Attorney Registration No. 313935 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM ADMINISTRATIVE SUSPENSION | : | (Philadelphia) |

**O R D E R**

**PER CURIAM**

AND NOW, this 21st day of September, 2023, the Report and Recommendation of Disciplinary Board Member dated September 11, 2023, is approved and it is ORDERED that ANDREA BETHANY KORB, who has been on Administrative Suspension, has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.